Argued and submitted October 13, affirmed December 13, 2006

Dennis W. PHILLIPS,
*Appellant,*

*v.*

SAFECO INSURANCE COMPANY OF OREGON,
*Respondent.*

0504-03584; A130265

149 P3d 316

Randall J. Wolfe argued the cause for appellant. With him on the briefs was Randall J. Wolfe, P.C.

Barbara L. Johnston argued the cause and filed the briefs for respondent.

Thomas M. Christ and Cosgrave Vergeer Kester LLP filed the brief *amicus curiae* for Farmers Insurance Company.

Before Edmonds, Presiding Judge, and Armstrong and Wollheim,* Judges.

PER CURIAM

Affirmed. *Mid-Century Ins. Co. v. Perkins*, 209 Or App 613, 149 P3d 265 (2006).

---

* Wollheim, J., *vice* Richardson, S. J.